FILED

MAR 16 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To Whom it may Concern,

I believe that Dr. Lee is doing surgeries on the woman here and covering them up by calling them Biopsy.

CV 17 1447 EDL (PR)

I have had stitches from the surgery since 2/16/17, today date is 3/9/17. They were not the resolving type.

It took me a week of calling 222's and repeated walk ins, co-pays and still I am not getting competent Medical care.

Furthermore my infection is still very much present. w/ discharge, odor & abdomen cramping.

I've begged and pleaded to be taken to the hospital. Please Help me! Sincerely

(OVER)

I HAVE A CALADER OF DAY by DAY recall.

I AM going TO TAKE legal ACTION!

PLEASE HELP ME!

Thank you,

Julie A. Daugherty

WF8698 - (NTW)

BA-46-L

I have a complete paper trail. Noted Calader & witnesses.

This "Doctor" has got to be stopped. I'm not the only one but I am the only one addressing it. I will go the distance.

Medical Accounts...
(for Malpractice Case)

On February 16th, 2017 Dr. Lee of CIW prison medical staff, was suppose to do a biopsy procedure on the vulva area of Julie Daugherty. Julie Daugherty (our) agreed to the procedure as it was explained to her and signed a consent for per that procedure.

However, after the "biopsy" it was obvious that it was not what Ms. Daugherty had been lead to believe. Much less, the procedure was actually a botched surgery more accuratly decribed as a mutalation of her vaginal area. (This surgery also ending in nine stitches).

After that surgery Dr. Lee said he'd prescribe beprophen for the pain. Ms. Daugherty then asked if he was going to prescribe any antibiotics in case of infection and he said no. Two days late on February 18th, 2017, Ms. Daugherty

went to TTA medical for a foul odor, discharge. An infection so bad that pus was oozing from the inside of her vagina. (Dr. Lee had told her that the area had bacteria + she thought she needed antibotics because of good & bad bacteria — he said no need there's already bacteria in the area. (At the moment Ms. Daugherty knew that this doctor was not competant medical practitioner. Antibotics are always given after a major/minor surgury. However, very rarely after a biopsy. It is my belief by my experiance that Dr. Lee is performing these surguries unessisary and by not giving out anti-botics he's covering up the surguy by calling/labeling them as biopsy!

JULIE DAUGHERTY
WF5698

WIA 802 L

**YOUR TEST RESULTS, PATHOLOGY FROM PROCEDURE, HAVE BEEN EVALUATED AND THE FOLLOWING HAS BEEN DETERMINED:**

You are being scheduled for a follow-up appointment.  You will be receiving a ducat indicating your appointment time.

Scott Lee  February 23, 2017

Recieved
(3- MAR-3 ¼
2017

Witness of Date recieved March 3rd, 2017
8:45-900 Pm look down
A M MARTINEZ

CD - Delivered
this document.
X A. TIRONA  3·3·17

\*Note:
This is the first test result clive recieved, I still haven't recieved the test results for the first surgery he did in January - giving me 4 stitches that time on a "BIOPSY" -

Name: DAUGHERTY, JULIE ANN        Page 1 of 1        DOB: 1/13/1965

*Note: This document confirms negligence. No antibiotic was prescribed. After surgery (a biopsy ending in 9 stitches + a very seriously infected wound), left untreated from 2/17/17 to 2/25/17*

## California Correctional Health Care Services

### Patient Discharge Instructions

**Name:** DAUGHERTY, JULIE ANN   **Current Date:** 2/17/2017 11:36:12 AM

**DOB:** 1/13/1965   **CDCR:** WF5698

**Reason For Visit:** 1:Vulvar lesion; Asthma; Chronic obstructive pulmonary disease (COPD); HCV (hepatitis C virus); S/p biopsy; Squamous cell carcinoma

**Recommendations and arrangements for future care**

**Devices/Equipment:**

Provider Comment:

**Medications**

During the course of your visit, your medication list was updated with the most current information.

ibuprofen 600 mg, Oral, Tab, TID-KOP, PRN pain, Administration Type KOP, Order Duration: 30 day, First Dose: 02/17/17 14:00:00 PST, Stop Date: 03/19/17 13:59:00 PDT

Lexapro 10 mg, Oral, Tab, Daily@12, Administration Type DOT, Automatic Refill, Order Duration: 90 day, First Dose: 02/06/17 12:00:00 PST, Stop Date: 05/07/17 11:59:00 PDT

Xopenex HFA 45 mcg/inh inhalation aerosol 90 mcg = 2 puff, Oral, Aerosol, QID-KOP, PRN shortness of breath or wheezing, Administration Type KOP, Order Duration: 365 day, First Dose: 02/16/17 11:19:00 PST, Stop Date: 02/16/18 11:18:00 PST

Take only the medications listed above. Contact your doctor prior to taking any medications not on this list.

DAUGHERTY, JULIE ANN has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

**7362 RN Initial Visit (Asymptomatic)** 02/17/17 12:40:00 PST, 170.71.227.74.20170202071819353273B4CD4#1.00, need glasses, 02/21/17 23:59:00 PST

**Gynecology Consult** 03/02/17 9:00:00 PST, suture removal vulvar, 03/02/17 23:59:00 PST, CIW A BAUA1

*3/01/17 I REFUSED DR. LEC NOT MEDICAL procedure*

**Gynecology Consult** 02/16/17 0:01:00 PST, review vulvar biopsy and wound check, 03/16/17 23:59:00 PDT, CIW A BAUA1

**Medical Chronic Care (CCP) Follow Up 40** 12/05/16 0:01:00 PST, 06/03/17 23:59:00 PDT, ccp in 6 months

**PCP Follow Up 40** 12/05/16 11:09:00 PST, PCP Requested, 09/28/19 23:59:00 PDT, Screening PAP in 3 years from 9/28/2016.

## Chronos

**128-D Dental Priority Classification** 12/07/16 7:55:00 PST, DPC 3

**DPW**= Full Time Wheelchair User Impacting Placement

**DPO**= Intermittent Wheelchair User Impacting Placement

**DPM**=Mobility Impairment Impacting Placement

**DLT**=Requires Level Terrain NOT Impacting

**DPH**=Deaf/Hearing Impairment Impacting Placement

**DNH**=Hearing Impairment NOT Impacting

**DPV**=Blind/Vision Impairment Impacting Placement

**BFWCO**=Barrier Free Wheelchair

**GFLS**= Ground Floor-Limited Stairs

**GFNS**=Ground Floor-No Stairs

**LBO**= Lower/Bottom Bunk Only

**IAA**=Inmate Attendant/Assistant

**WCFT**=Full Time Wheelchair User

**WCLT**=Limited Wheelchair User

**TVWL**=Transport Vehicle with Lift

**SC**=Special Cuffing Needed,

**ETM**=Extra Time for Meals

**UVX**=UV Exposure Restrictions

**WRN**=No Rooftop Work

**DKD**=Kidney Disease

**UNST**=Unrestricted

Person Full Name DAUGHERTY, JULIE ANN  2 of 7

CDCR (Encounter Alias) WF5698

02/17/2017 11:36:17 AM

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION**

CDCR 7385 (Rev. 11/14)

Form: Page 1 of 2
Instructions: Page 3

**All sections** must be completed for the authorization to be honored. Use "N/A" if not applicable.

## I. Patient Information

Last Name: DAUGHERTY    First Name: Julie    Middle Name: Anne

CDCR #: WF5698    Date of Birth: 1/13/65

Street Address:                City/State/Zip:

## II. Individual/Organization Authorized to Release Personal Health Records if Other Than CDCR

Name:

Address:                City/State/Zip:

## III. Individual/Organization to Receive the Information
[45 C.F.R. § 164.508(c)(1)(ii), (iii) & Civ. Code § 56.11(e), (f)]
*The undersigned hereby authorizes CDCR's Health Information Management to release the below health information pursuant to this authorization.*

Name: Julie Daugherty    Relationship to Inmate: Self

Address:                City/State/Zip:

Phone:                Fax:

## IV. Authorization Expiration Event or Expiration Date for Release of Verbal Information/ Written Correspondence
[45 C.F.R. § 164.508(c)(1)(v) & Civ. Code § 56.11(h)]

Unless otherwise revoked by the inmate, this authorization for the release of my health care information to the above-named person or organization will expire upon (choose one):

☐ Date (mm/dd/yyy): _____    ☐ Release from Custody

☐ Happening/conclusion of this event: _____

(e.g., conclusion of litigation, completion of surgery)

## V. Hardcopy Health Care Records to be Released
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code § 56.11(d), (g)]

A separate authorization is required for each request to release hardcopy records. Records for the following period of time are requested (must be completed to receive records):

☑ From (mm/dd/yyyy): Nov. 17, 2016    To (mm/dd/yyyy): 3 Mar. 3, 2017

☑ Medical Services    ☐ Dental Services ⟨RARE⟩ ☐ Mental Health Services A, RC

☐ Communicable Disease    ☐ Genetic Testing NOT ☐ HIV Test Results OPHC

☐ Substance Abuse/Alcohol    ☐ Other: NEEDED ⊕ MEDICAL Only!

Requests for Psychotherapy Notes require a separate CDCR 7385 in order to be fulfilled and <u>may not be combined with any other request for health care records.</u>

☐ Psychotherapy Notes

| 1. **Disability Code:** | 2. **Accommodation:** | 3. **Effective Communication:** |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| | ☐ Other* | *See chrono/notes |
| 4. Comments: _____ Tabe 12.9 | | |

FSP41-0040 (Rev.1/12)

A - WIUAI- 862001-L

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION**
CDCR 7385 (Rev. 11/14)                                                                                    Form: Page 2 of 2
                                                                                                         Instructions: Page 3

**All sections** must be completed for the authorization to be honored. Use "N/A" if not applicable.

## VI. Purpose for the Release or Use of the Information
[45 C.F.R. § 164.508(c)(1)(iv)]

☒ Health Care          ☒ Personal Use          ☒ Legal

☐ Other (please specify): _____

## VII. Authorization Information

I understand the following:

1. I authorize the use or disclosure of my individually identifiable protected health information as described above for the purpose listed. I understand this authorization is voluntary.

2. I have the right to revoke this authorization. To do so I understand I can sign a cancellation notice and send it to my current institution's Health Information Management (health records). The authorization will stop further release of my protected health information on the date my valid revocation request is received by Health Information Management. [45 C.F.R. § 164.508(c)(2)(i)]

3. I am signing this authorization voluntarily and understand that my health care treatment will not be affected if I do not sign this authorization. [45 C.F.R. § 164.508(c)(2)(ii)]

4. Under California law, the recipient of the protected health information under the authorization is prohibited from re-disclosing the protected health information, except with a written authorization or as specifically required or permitted by law. [Civ. Code § 56.13]

5. If the organization or person I have authorized to receive the protected health information is not a health plan or health care provider, the released information may no longer be protected by federal and state privacy regulations. [45 C.F.R. § 164.524(a)(2)(v)]

6. I have the right to receive a copy of this authorization. [45 C.F.R. § 164.508(c)(4) & Civ. Code § 56.11(i)]

7. Reasonable fees may be charged to cover the cost of copying and postage related to releasing this protected health information. [45 C.F.R. § 164.524(c)(4) et seq. & California Health and Safety Code § 123110, et seq.]

## VIII. Patient Signature
[45 C.F.R. § 164.508(c)(1)(vi) & Civ. Code § 56.11(c)(1)]

Name (Print): _Julie Daugherty_

Signature: _Julie Daugherty_                                Date: _March 2, 2017_