17-1447 EDL

FILED

MAR 31 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# Medical Account
## (For Malpractice Case)

On February 16th, 2017 Dr. Lee of C.I.W prison medical staff, was suppose to do a biopsy procedure on the vulva area of Julie Daugherty. Julie Daugherty (sic) agreed to the procedure as it was explained to her and signed a consent for per that procedure.

However, after the "biopsy" it was obvious that it was not what Ms. Daugherty had been lead to believe. Much less, the procedure was actually a botched surgery more accurately described as a mutalation of her vaginal area. This surgery also ending in (9) nine stitches.

After this surgery Dr. Lee said he'd prescribe teprophen for the pain. Ms. Daugherty then asked if he was going to prescribe any antibiotics in case of infection and he said no. Two days late on February 18th, 2017, Ms. Daugherty

went to TTA medical for an foul odor, discharge. An infection so bad that pus was oozing from the inside of her vagina. Dr. Lee had told her that the area had bacteria + she thought she needed antibotics because of good & bad bacteria - he said no need theres already bacteria in the area. At the moment Ms. Daugherty knew that this doctor was not competant medical practitioner. Antibotics are always given after a major /minor surgury. However, Very rarely after a biopsy. It is my belief by my experiance that Dr. Lee is performing these surguries unessisary and by not giving out antibotics he's covering up the surguy by calling/labeling them as biopsy.

I HAVE A Almoeden w/ dAy by dAy ACCOUNTS. (Much more into).

NOTE: I AM nOT the only womAn who DR. LEE hAS done these "surguries" TO (BIOPSY

JULIE DAUGHERTY
WF5698

WIA 802 L

**YOUR TEST RESULTS, PATHOLOGY FROM PROCEDURE, HAVE BEEN EVALUATED AND THE FOLLOWING HAS BEEN DETERMINED:**

You are being scheduled for a follow-up appointment.  You will be receiving a ducat indicating your appointment time.

Scott Lee February 23, 2017

CD – Delivered
This document.
X A.TIRONA  3.3.17

Recieved (3-MAR-3rd, 2017)

Witness of Date recieved March 3rd, 2017
8:45-9:00 ym look down
[signature] Martinez

*NOTE:
This is the first test result clie recieved, I still haven't recieved the test results for the first surgery he did in January - giving me 4 stitches that time on a *BIOPSY*

Name: DAUGHERTY, JULIE ANN        Page 1 of 1        DOB: 1/13/1965

This is the first papers of Pathology. Recieved after starting this suit!

*Note: This document confirms Negligence.
No Antibotic was prescribed. After Surgery (A Biopsy ending in 9 statches + A very seriously infected wound). Left untreated from 2/17/17 To 2/25/17*

## California Correctional Health Care Services

### Patient Discharge Instructions

**Name:** DAUGHERTY, JULIE ANN        **Current Date:** 2/17/2017 11:36:12 AM

**DOB:** 1/13/1965        **CDCR:** WF5698

**Reason For Visit:** 1:Vulvar lesion; Asthma; Chronic obstructive pulmonary disease (COPD); HCV (hepatitis C virus); S/p biopsy; Squamous cell carcinoma

**Recommendations and arrangements for future care**

**Devices/Equipment:**

Provider Comment:

**Medications**

During the course of your visit, your medication list was updated with the most current information.

ibuprofen 600 mg, Oral, Tab, TID-KOP, PRN pain, Administration Type KOP, Order Duration: 30 day, First Dose: 02/17/17 14:00:00 PST, Stop Date: 03/19/17 13:59:00 PDT

Lexapro 10 mg, Oral, Tab, Daily@12, Administration Type DOT, Automatic Refill, Order Duration: 90 day, First Dose: 02/06/17 12:00:00 PST, Stop Date: 05/07/17 11:59:00 PDT

Xopenex HFA 45 mcg/inh inhalation aerosol 90 mcg = 2 puff, Oral, Aerosol, QID-KOP, PRN shortness of breath or wheezing, Administration Type KOP, Order Duration: 365 day, First Dose: 02/16/17 11:19:00 PST, Stop Date: 02/16/18 11:18:00 PST

Take only the medications listed above. Contact your doctor prior to taking any medications not on this list.

DAUGHERTY, JULIE ANN has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

Person Full Name DAUGHERTY, JULIE ANN  1 of 7                    02/17/2017 11:36:17 AM
CDCR (Encounter Alias) WF5698

**7362 RN Initial Visit (Asymptomatic)** 02/17/17 12:40:00 PST, 170.71.227.74.20170202071819353273B4CD4#1.00, need glasses, 02/21/17 23:59:00 PST

**Gynecology Consult** 03/02/17 9:00:00 PST, suture removal vulvar, 03/02/17 23:59:00 PST, CIW A BAUA1   *3/01/17*
*I REFUSED DR.LEC NOT MEDICAL*
**Gynecology Consult** 02/16/17 0:01:00 PST, review vulvar biopsy and wound check, 03/16/17 23:59:00 PDT, CIW A *procedure*
BAUA1

**Medical Chronic Care (CCP) Follow Up 40** 12/05/16 0:01:00 PST, 06/03/17 23:59:00 PDT, ccp in 6 months

**PCP Follow Up 40** 12/05/16 11:09:00 PST, PCP Requested, 09/28/19 23:59:00 PDT, Screening PAP in 3 years from 9/28/2016.

Chronos

**128-D Dental Priority Classification** 12/07/16 7:55:00 PST, DPC 3

**DPW**= Full Time Wheelchair User Impacting Placement Placement

**DPM**=Mobility Impairment Impacting Placement Placement

**DPH**=Deaf/Hearing Impairment Impacting Placement Placement

**DPV**=Blind/Vision Impairment Impacting Placement

**GFLS**= Ground Floor-Limited Stairs

**LBO**= Lower/Bottom Bunk Only

**WCFT**=Full Time Wheelchair User

**TVWL**=Transport Vehicle with Lift

**ETM**=Extra Time for Meals

**WRN**=No Rooftop Work

**DPO**= Intermittent Wheelchair User Impacting

**DLT**=Requires Level Terrain NOT Impacting

**DNH**=Hearing Impairment NOT Impacting

**BFWCO**=Barrier Free Wheelchair

**GFNS**=Ground Floor-No Stairs

**IAA**=Inmate Attendant/Assistant

**WCLT**=Limited Wheelchair User

**SC**=Special Cuffing Needed,

**UVX**=UV Exposure Restrictions

**DKD**=Kidney Disease

**UNST**=Unrestricted

STATE OF CALIFORNIA                                                         DEPARTMENT OF CORRECTIONS AND REHABILITATION

**AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION**
CDCR 7385 (Rev. 11/14)                                                      Form: Page 1 of 2
                                                                           Instructions: Page 3

<u>All **sections**</u> must be completed for the authorization to be honored. Use "N/A" if not applicable.

## I. Patient Information

Last Name: DAUGHERTY        First Name: Julie        Middle Name: Anne

CDCR #: WF5698              Date of Birth: 1/13/65

Street Address: _____    City/State/Zip: _____

## II. Individual/Organization Authorized to Release Personal Health Records if Other Than CDCR

Name: _____

Address: _____    City/State/Zip: _____

## III. Individual/Organization to Receive the Information
[45 C.F.R. § 164.508(c)(1)(ii), (iii) & Civ. Code § 56.11(e), (f)]
*The undersigned hereby authorizes CDCR's Health Information Management to release the below health information pursuant to this authorization.*

Name: Julie DAUGHERTY        Relationship to Inmate: Self

Address: _____    City/State/Zip: _____

Phone: _____    Fax: _____

## IV. Authorization Expiration Event or Expiration Date for Release of Verbal Information/ Written Correspondence
[45 C.F.R. § 164.508(c)(1)(v) & Civ. Code § 56.11(h)]

Unless otherwise revoked by the inmate, this authorization for the release of my health care information to the above-named person or organization will expire upon (choose one):

☐ Date (mm/dd/yyy): _____          ☐ Release from Custody

☐ Happening/conclusion of this event: _____

(e.g., conclusion of litigation, completion of surgery)

## V. Hardcopy Health Care Records to be Released
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code § 56.11(d), (g)]

A separate authorization is required for each request to release hardcopy records. Records for the following period of time are requested (must be completed to receive records):

☑ From (mm/dd/yyyy): Nov. 17, 2016    To (mm/dd/yyyy): 3 Mar. 3, 2017

☑ Medical Services        ☐ Dental Services ←ARE→ ☐ Mental Health Services JA, RC

☐ Communicable Disease    ☐ Genetic Testing  NOT   ☐ HIV Test Results  OPHC

☐ Substance Abuse/Alcohol ☐ Other: _____ NEEDED MEDICAL Only!

Requests for Psychotherapy Notes require a separate CDCR 7385 in order to be fulfilled and <u>may not be combined with any other request for health care records.</u>

☐ Psychotherapy Notes

| 1. **Disability Code:** | 2. **Accommodation:** | 3. **Effective Communication:** |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| | ☐ Other* | *See chrono/notes |
| 4. Comments: _____ Tabe 12.9 | | |

FSP41-0040 (Rev. 1/12)                    A - WIUA 1 - 802001 - L

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION
**AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION**
CDCR 7385 (Rev. 11/14)                                                                            Form: Page 2 of 2
                                                                                                 Instructions: Page 3

| **All sections** must be completed for the authorization to be honored. Use "N/A" if not applicable. |
| --- |

## VI. Purpose for the Release or Use of the Information
[45 C.F.R. § 164.508(c)(1)(iv)]

☑ Health Care               ☑ Personal Use                ☑ Legal

☐ Other (please specify): _____

## VII. Authorization Information

I understand the following:

1. I authorize the use or disclosure of my individually identifiable protected health information as described above for the purpose listed. I understand this authorization is voluntary.

2. I have the right to revoke this authorization. To do so I understand I can sign a cancellation notice and send it to my current institution's Health Information Management (health records). The authorization will stop further release of my protected health information on the date my valid revocation request is received by Health Information Management. [45 C.F.R. § 164.508(c)(2)(i)]

3. I am signing this authorization voluntarily and understand that my health care treatment will not be affected if I do not sign this authorization. [45 C.F.R. § 164.508(c)(2)(ii)]

4. Under California law, the recipient of the protected health information under the authorization is prohibited from re-disclosing the protected health information, except with a written authorization or as specifically required or permitted by law. [Civ. Code § 56.13]

5. If the organization or person I have authorized to receive the protected health information is not a health plan or health care provider, the released information may no longer be protected by federal and state privacy regulations. [45 C.F.R. § 164.524(a)(2)(v)]

6. I have the right to receive a copy of this authorization. [45 C.F.R. § 164.508(c)(4) & Civ. Code § 56.11(i)]

7. Reasonable fees may be charged to cover the cost of copying and postage related to releasing this protected health information. [45 C.F.R. § 164.524(c)(4) et seq. & California Health and Safety Code § 123110, et seq.]

## VIII. Patient Signature
[45 C.F.R. § 164.508(c)(1)(vi) & Civ. Code § 56.11(c)(1)]

Name (Print): _Julie DAUGHERTY_____

Signature: _Julie Daugherty_____     Date: _March, 2, 2017_