**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: Daugherty    Julie    Anne
             (Last)            (First)            (Middle Initial)

Prisoner Number: WF 5698

Institutional Address: CIW - BA-31-up
16756 Chino Corona RD.
Corona, CA, 92880-9508

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Julie Anne Daugherty    V  17  1447
(Enter your full name.)

vs.

Scott, Lee
CIW Prison

(Enter the full name(s) of the defendant(s) in this action.)

Case No. _____
(Provided by the clerk upon filing)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A.    Place of present confinement CIW

B.    Is there a grievance procedure in this institution?    YES ☑    NO ☐

C.    If so, did you present the facts in your complaint for review through the grievance procedure?    YES ☑    NO ☐

D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: I submitted form 602 HC log # 170287554. I Also submitted numerous forms Co-Pays to Medical

PRISONER COMPLAINT (rev. 8/2015)
*Page 1 of 3*

2. First formal level: WAS MEDICAL 602HC REJECTED - SENT BACK WITH- OUT CO-PAYS THAT WERE ATTACHED.

3. Second formal level: SENT 3 filled out 3/16/17 WASN'T SENT UNTIL 3/24/17 WITNESSED by M. GACIA (CO),

4. Third formal level: _____

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ☐   NO ☑   3RD IS.

F. If you did not present your claim for review through the grievance procedure, explain why.
I did present it. However, I was Already Rejected The first time & have gotten The run around from the very start.

II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
Julie Daugherty CIW 16756 Chino Corona Rd. Corona, CA. 92880

B. For each defendant, provide full name, official position and place of employment.
Scott Lee OBGYN - CIW Prison

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III.  Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Statement attached, Including dates, times, procedures & some conversation. & Also, A copy of what WAS The 2nd phase not 1st Appeal to C/W HC office! I have ATTACHED Letter from women who supported me mentally & EMOTIONALLY And physically helped me during this whole nightmare. Each one personally looked at the damages

## IV.  Relief.

Your complaint must include a request for specific relief.  State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

· Revoke Dr. Scott Lee License (Fired)
Financial compansation for all Damages
Correative surgury
Trauma Counseling - (I A completely Traumatized)
TRAUMA

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 4/4/17
_____ Date                    Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

BUSINESS, CONSUMER SERVICES, AND HOUSING AGENCY - *Department of Consumer Affairs*            EDMUND G. BROWN JR., Governor



# MEDICAL BOARD OF CALIFORNIA
### Central Complaint Unit



## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

| Patient Name (Last, First, Middle) | Date of Birth |
|---|---|
| DauGHERTY  Julie  anne | 1-13-65 |
| **Medical Record Number (If applicable)** | **Date of Death (If applicable)** |
|  |  |
| **Control Number** | **Social Security Number (Optional)** |
|  | 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 |

### I, the undersigned hereby authorize:

Physician/Facility: _____ CIW _____

Address: _____ 16756 Chino - Corona Rd. _____

City/State/Zip Code: _____ Corona , Ca.    92880 _____

Phone Number(s): _____

Treatment Date(s): _____ Feb. 16th & MALE PRACTICE All DATES ATTACHED _____

to disclose medical records in the course of my diagnosis and treatment to the **Medical Board of California, Enforcement Program,** a healthcare oversight agency. This disclosure of records authorized herein is required for official use, including investigation and possible administrative and/or criminal proceedings regarding any violations of the laws of the State of California. This authorization shall remain valid for three years from the date of signature. **A copy of this authorization shall be as valid as the original.** I understand that I have a right to receive a copy of this authorization if requested by me. I understand that I have the right to revoke this authorization by sending written notification to the Medical Board of California at the address below. My written revocation will be effective upon receipt by the Medical Board of California but will not be effective to the extent that such persons have acted in reliance upon this Authorization. I understand that the recipient of my information is not a health plan or health care provider and the released information may no longer be protected by federal privacy regulations.

| Patient Signature: *Julie Daugherty* | Date: 4/11/17 |
|---|---|
| or Legal Representative: _____  Relationship | Date: _____ |

**NOTE:** Failure by a physician, podiatrist or health care provider to provide the requested records within 15 days, or a health care facility in 30 days, of receipt of this request and authorization may constitute a violation of Section 2225.5 of the Medical Practice Act and may result in further action by the Board. This release is compliant with the requirements of HIPAA and Civil Code Section 56.11.

## COMPLAINT REGISTERED AGAINST

I wish to file a complaint against the individual named below. I understand that the Medical Board does not assist citizens seeking return of their money or other personal remedies. I am, however, submitting this information so that it may be determined whether disciplinary action against this practitioner's license should be considered.

Check one:

[✓] Physician (M.D.)   [ ] Podiatrist (DPM)   [ ] Physician Assistant (PA)   [ ] Midwife   [ ] Polysomnographer

[ ] Registered Dispensing Optician (RDO)   [ ] Spectacle Lens Dispenser (SLD)   [ ] Contact Lens Dispenser (CLD)   [ ] Research Psychoanalyst   [ ] Unlicensed Provider

Name: _LEE_ (Last Name)   _DR._ _SCOTT_ (First Name)   (Middle Initial)

Office/Facility Name: _California Institution (CIW) FOR Woman_   License Number (if known): _would not GIVE TO ME_

Address: _16756 Chino-Corona Rd._ (Street) _Corona,_ (City) _CA._ (State) _92880_ (Zip Code)

Phone Number: _____

Has the patient been examined/treated by another professional for this same condition?

[✓] No   [ ] Yes   If yes, provide name and address on the Authorization for Release of Medical Information.

Reason for Treatment: _WAITING TO be SEEN when I AM RELEASED on MAY 31, 2017_

Date(s) of Treatment: _I WAS DENIED A 2nd opinion - will explain_

### DETAILS OF COMPLAINT
(Attach additional sheets if necessary)

_All DETAILs ARE ATTACHED. I do have some others That I haven't sent. Doc. WAITING TO COPY._

071-61 (Revised 6/2015)

## MEDICAL BOARD OF CALIFORNIA
## CONSUMER COMPLAINT FORM
*Please Print or Type*

### PERSON REGISTERING THE COMPLAINT

○ Mr. ○ Ms.

**Name:** Daugherty _____ Julie _____ Anne
(Last Name) _____ (First Name) _____ (Middle Initial)

**Mailing Address:** 64150 Sherman Way
Desert Hot Springs, Ca 92240
(City) _____ (State) _____ (Zip Code)

**Phone Number:** (951) 318-5142 _____ SAME _____ **E-mail:** _____
(Daytime Number) _____ (Evening Number)

○ Mr. ☑ Ms.

**Patient Name:** Daugherty _____ Julie _____ Anne
(Last Name) _____ (First Name) _____ (Middle Initial)

**Patient Date of Birth:** 1-13-65 _____ **Your Relationship to Patient:** Self

**Signature:** _[signature]_ _____ **Date:** 4/7/17

### NATURE OF COMPLAINT

Please check the box which best describes the nature of your complaint and provide details on the next page.

☑ **Substandard Care** (e.g., Misdiagnosis, Negligent Treatment, Delay in Treatment, etc.)

☐ **Prescribing Issues** (e.g., excessive/under prescribing, Internet)

☐ **Unlicensed Provider or Aiding/Abetting unlicensed practice**

☐ **Sexual Misconduct**

☐ **Physician/Provider Impairment** (e.g., Drug, Alcohol, Mental, Physical)

☐ **Unprofessional Conduct** (e.g., Breach of Confidence, Record Alteration, Fraud, Misleading Advertising, Arrest or conviction)

☐ **Office Practice** (e.g., Failure to Provide Medical Records to Patient, Failure to Sign Death Certificate, Patient Abandonment)

☐ **Other:** _____

**Notice:** The information included on the complaint form is requested per Section 2220 of the Business and Professions Code. Except for the name of the physician, all information requested is voluntary, but failure to provide the requested information may delay or prevent the investigation of your complaint. Provide as much information as possible in connection with the complaint. The information on the complaint form will be used in part to determine whether a violation of State Law has occurred. If a violation is substantiated, the information may be transmitted to other government agencies, including the Attorney General's Office.

07I-61 (Revised 6/2015)

<u>ATTN</u>: United States District Court
Northern District of California
Susan Soong

Note's taken from my personal calender:

January...

Jan. 10th, 2016 : Dr. Scott Lee preformed a biopsy. Resulted in 4 stitches. He did not give me any antibiotics. He gave me Tylenol for pain. I recieved a "one-day lay in." I have alot of bleeding, feeling sick & weak.

Jan. 11th, 2016 : co-Marcia never came to get me, had 12:10 appt. feeling sick, nausous, faint odor. Went to OPHU at 2:00. Was told to sign a refusal & I refused to sign. I wanted to see Dr. Lee about this "Biopsy & faint odor and I was denied treatment. Went to TTA-in severe pain. Can not sit down, can hardly walk (Been out of class). TTA refused any treatment to me & referred provide
me back to Dr. Lee, odor, feeling real sick. (Bower/Marcia on duty

Jan. 13, 2016; 12:00pm walked over to R.C., was told I could only be seen by appointment only. They denied me treatment refused to even check my wound. The smell of the infection, pus, discharge & blood is horrific. The odor is beyond offensive. I am very ill (Halacian is on duty)

Jan. 14-18: My friend Misty has been nursing me. Helping me up & down from a top bunk. I'm weak & the odor is terrible!

Jan. 19th 2016: Saw the nurse and was given antibiotic's & 2 day lay-in.

Jan (23-25th) On or about the 23rd I had a doctors appt. The nurse removed my stitches. Dr. Lee (in front of this very nurse) told me "it wasn't cancer". A day later he told me ———— it was cancer and he needed to do another

biopsy because he missed some. He explained it was a small piece. And there was no alternatives. (Which I found out was not true if I could of gotten it frozen.) Jan 30th, Dr. Lee wanted to do more "Biopsy". I asked him about my cancer & he said (denied) telling me it was cancer. And at one point he said it was skin cancer.

Feb. 16th, Dr. Lee said he was going to take out the small piece he missed. He drew a picture and showed me the piece ... ox the smaller being what he was going to extract. However, he cut ½ of my vagina's lips off along with 2 th by 2 th I think of my vagina in a different area. Not what I was lead to believe. This mutilation ended in 9 stitches ½ my lip cut off & vaginal gland

damage as well. When he had finished I asked if he was going to give me any antibotics and he said no. He said that there was already bacteria there. But, common sense tells you there's good & bad bacteria & anytime there's an open wound antibotics are always given to prevent infection. I knew right then that something was real wrong. This is before I even saw the (number) he did on me. (My friend saw it and she was in tears) The pus & blood that appeared 2 days ~~late~~ later & the odor was terrible. This whole thing has been a nightmare. The things he's done are nothing short of horrific.

FEB. 18, odor discharge + pus like fluid coming out. Went to TTA - they did nothing I asked for antibotics & or to be taken to the hospital I was denied.

Feb 19th, Went to TTA again, infection odor getting worse, pain discharge, pus & blood. Feeling sick & weak. Still begging for antibotic

Feb-22nd, Went to RCI Nurse Garcia saw me. He got me the antibotics & pain medication. (He even seems annoyed with my situation - disgusted I'd even say). He said the med would be in that day - he placed the order. (Still no Doctor checked me). But Thank God for Nurse Garcia. On or about the 24th or 25th of February the medication came in. I've been sick vomitting & feeling very weak. The smell & amount of discharge - infection is terrible.

Feb. 26th, looked down all day sick all day. Got up to go pee & when I wiped I found two stitches on the toilet paper. (Note; the stitches are the type that need to be removed by doctor or nurse).

Feb. 27th, still infected, still sick, still in terrible pain. Scared of whats going on inside my body and shocked at the sight of what was done to me. I've had a serious infection for about 12 days now.

For almost two weeks I have begged to be taken to the Riverside hospital & have been denied and or referred back to Dr. Lee or Lu.

After numerous times of walking into TTA. I wrote the Head of Medical

On March 9th 2017, 8:15, A nurse looked at my stitches (Vagina-lip) she saw 2 stitches. I asked to be taken to the hospital, the nurse said she would as the doctor, I was denied and it was Dr. Scott Lee Lee on duty. I said I would not allow him to touch me after what he

had already done to me. I asked for a different doctor the nurse said "Dr. Lee would/wants you (Daugherty) to follow up with Dr. Lui." This is the same "other doctor" who jumped back when she look at my "mutalated" vagina after trying to put a vaginal clamp (used for paps) Plus I was still bleeding after almost month had passed. Dr. Lui was rude & just acted as if she could care less. I went back & forth with the two.

When I left I went to Chaplin Woodard. She had walked me over there to TTA on 3/9/17. I had been telling her what was going on and finally she said this is enough and walked me over there personally.

The following day I was called-in (not "puckets") for CTC/ TTA. I was called out of Ms Thomas class at 10:32 AM on 3/10/17.

Dr. Taylor, Head of Medical told me she had been hearing my name alot and decided

to find out what was going on. Dr. Taylor took copies of my medical accounts/ suit-papers. She said she would give me copies of the biopsy results. However, then I was told the printer wasn't printing. (I guess they can copy but not print.)

Here's the copies of what was given to me on 3/13/17.

I received the Biopsy papers a few days after that when I walked into 3 CTC/TTA and asked if I could get the results/papers.

This whole Nightmare has cover-up & lies all over it.

The only thing that doesn't lie is the Visual of my Vagina and the nightmares I'm having.

Please stop this Dr. Scott Lee from harming, mutilating & traumatizing the women here at CIW. Thank you!

Daugherty, Julie WF5698
BA-31-up
California Institution for Women
P.O. Box 8100
Corona, CA. 92878-8100

P.S.
    My release date is May 31st, 2017.
    I would like to be out of prison ~~deteted~~ & pursue this case.

    Any court dates or whatever need to be done, I would like to do after my release if possible.

    I will be seeing my personal "private" doctor.

            Sincerely, Julie Daugherty

My stitches have been in since the 10th. I'm still bleeding, I just finished my antibiotics prescribed by Nurse Garcia (God bless him). I have requested to go to the hospital repeatedly. I will not allow anyone here now to treat me.

I need my stitches taken out. And, I believe I have a slow hemorrhage. Dr. Lui checked me. When she tried to put the (pap) instrument inside me blood began to flow.

The medical care I'm getting is (0) zero.

The wound (mutilation) & stitches need to come out and I need treatment. Please send me out to the hospital. I am in pain, still bleeding and getting weaker. Dr. Lee sent me my pathology paper dated 2/22/17. However, I recieved it on 3/3/17 + had an officer sign to that fact.

Dr. Lee also requested a hospital visit in 2 weeks to my understanding. I need to go! Now! I am reporting him!

Sincerely
Julie Daugherty WF5698

Pg. 1

On 4/3/17 or about I was ducuted to go to an outside hospital. I was told Dr. Taylor & Dr. Lee ordered this.

Way back when Dr. Lee said he wanted to do another Biopsy I told him I wanted to go out to the hospital for a second opinion at that time Dr. Lee said it would take some time due to proceedure.

After weeks went by and his constant persistance to do the biopsy. He did it but, he did not do what he explained to me to be the proceedure. Instead he mutilated me & then said he may have to go back in on top of it all.

4/12/17 After all this today I answered a ducut for TTA who said I had been rescheduled for a "out" appointment - Hospital.

The nurse called Dr. Lee and he said he didn't get everything and there were still liasions.

I don't know what he did as far as treating me other than cut me repeatly and wanting

Pg. 2

to cut me some more.

The policy / proceedure pertaining to a 2nd opinion and going out to the hospital now seems to happen within ~~two ten~~ weeks. Since the law-suit has been filed.

I am being released on 5/31/1 at that time I will see my doctor immediately.

I will go "out" this time to the hospital but only for counseltation & if need a "freezing-proceedure". Which is what I would of done in the first place had I of gotten proper information ~~(2nd opinion)~~ by Dr. Lee. Rather than cutting me, inside a dirty office.

Sincerly,
[signature]

4/12/17

FILED

MAR 16 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To Whom It May Concern:

I believe that Dr. Lee is doing surgeries on the woman here and covering them up by calling them Biopsy.

CV 17 1447 EDL (PR)

I have had stitches from the surgery since 2/16/17, today, date is 3/9/17. They were not the resolving type.

It took me a week of calling 222's and repeated walk ins, co-pays and still I am not getting competant medical care.

Furthermore my infection is still very much present. w/ discharge, oder & abdomen cramping.

I've begged and pleaded to be taken to the hospital. Please Help me! Sincerely,

(OVER)

JULIE DAUGHERTY
WF5698

WIA 802 L

**YOUR TEST RESULTS, PATHOLOGY FROM PROCEDURE, HAVE BEEN EVALUATED AND THE FOLLOWING HAS BEEN DETERMINED:**

You are being scheduled for a follow-up appointment.  You will be receiving a ducat indicating your appointment time.

Scott Lee  February 23, 2017

(3- *Recieved* 3rd, 2017

Witness of Date recieved March 3rd, 2017
8:45-900 pm look down

CD - *Delivered*
this document.
X A. TIRONA  3.3.17

*Note:
This is the first test result clive recieved, I still haven't recieved the test results for the first surgery he did in January - giving me 4 stitches that time on a "BIOPSY"

Name: DAUGHERTY, JULIE ANN    Page 1 of 1    DOB: 1/13/1965



**Quest**
Diagnostics

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **DAUGHERTY, JULIE A** <br><br> **DOB: 01/13/1965    AGE: 51** <br> Gender:    F <br> Phone:    NG <br> Patient ID: WF5698 | Specimen:    EN578791J <br> Requisition: 5152455 <br> Lab Ref #:    170100575 <br><br> Collected:   01/10/2017 / 11:05 PST <br> Received:   01/10/2017 / 23:42 PST <br> Reported:   01/12/2017 / 14:28 PST | Client #: 92880333    LL030000 <br> LEE, SCOTT <br> CALIF INSTITUTION FOR WOMEN <br> Attn: "LABORATORY STAFF" <br> CORONA <br> 16756 CHINO CORONA RD <br> CORONA, CA 92880-9508 |

**TISSUE PATHOLOGY - DEPT ID: VT170004399**                                   Lab: JN

**CLINICAL INFORMATION:**          Vulvar skin lesion, left side consistent with
squamous cell dysplasia or cancer, clinically
noted surrounding HPV

**DIAGNOSIS:**
A) SKIN, VULVAR (SHAVE BIOPSY):
   **SQUAMOUS CELL CARCINOMA IN-SITU AND SUPERFICIALLY
   INVASIVE ,EXTENDING TO 2MM DEPTH, INVOLVING
   PERIPHERAL MARGINS**

**REPORT NOTES:**          THIS CASE HAS BEEN REVIEWED BY ANOTHER PATHOLOGIST

**PATHOLOGIST:**          Najma L Gandhi, M.D.,
Board Certified In Anatomic Pathology
and Clinical Pathology,
818-737-6629 (electronic signature)

For questions contact Anatomic Pathology Client Services at  866-591-5790

**GROSS DESCRIPTION:**
A) Specimen, labeled as "left vulva" is received in formalin and identified with two patient identifier(s). The specimen consists of one portion(s) of tan skin,
measuring 1.0 x 0.8 x 0.3 cm. The skin is surfaced by a 0.8 cm. raised tan area. The margin is inked. The specimen is serially sectioned and entirely
submitted in one cassette(s). (DB)

**PERFORMING SITE:**
JN    QUEST DIAGNOSTICS, 8403 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: MICHAEL J WILE,MD, CLIA: 05D0939429

*NOTE: This PAPER WAS NOT RECIEVED*
*until AFTER All procedures.*
*I DID NOT EVEN SEE ANY*
*pathology Reports until I filed Against*
*Dr. Lee. Dr. Taylor head medical gave me These*
*papers but, had Trouble w/printer.*

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

*IT TOOK 2 DAYS TO get Them. I believe IT WAS on 3/12/17*
*STITCHES REMOVED on 3/10/17 by Dr. Taylor - HEAD of Medical! cont.*

 

**Quest**
Diagnostics

Report Status: Final

DAUGHERTY, JULIE A

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **DAUGHERTY, JULIE A**<br><br>**DOB: 01/13/1965    AGE: 52**<br>Gender:    F<br>Phone:    NG<br>Patient ID: WF5698 | Specimen:    EN023683M<br>Requisition: 6764730<br>Lab Ref #:    170470669<br><br>Collected:    02/16/2017 / 12:21 PST<br>Received:    02/17/2017 / 00:18 PST<br>Reported:    02/23/2017 / 12:31 PST | Client #: 92880333    LL030000<br>LEE, SCOTT<br>CALIF INSTITUTION FOR WOMEN<br>Attn: "LABORATORY STAFF"<br>CORONA<br>16756 CHINO CORONA RD<br>CORONA, CA 92880-9508 |

*Refer to 1st Biopsy Report*

TISSUE PATHOLOGY - DEPT ID: VT170025593                                    Lab: JN

---

**DIAGNOSIS:**

A) NO SITE

   HIGH-GRADE SQUAMOUS DYSPLASIA, VIN 3, WITH WARTY
   CHANGES.

   DYSPLASIA EXTENDS FOCALLY TO A PERIPHERAL MARGIN

**PATHOLOGIST:**           Milton. T. Kiyabu, M.D.
                           Board Certified In Anatomic Pathology,
                           and Clinical Pathology,
                           818-737-6191

                           For questions contact Anatomic Pathology Client Services at  866-591-5790

---

**GROSS DESCRIPTION:**

A) Specimen is received in formalin and identified with two patient identifier(s). The specimen consists of a single portion of tan tissue, measuring 2.5 x 2.2 x 1.9 cm. The specimen is entirely submitted in four cassettes. JY

**PERFORMING SITE:**

JN    QUEST DIAGNOSTICS, 8403 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: MICHAEL J WILE.MD, CLIA: 05D0939429

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

 **CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

**Health Care Appeal Assignment Notice**
**First Level HC Appeal**

**Date:**   3/30/2017

**To:**   DAUGHERTY, JULIE (WF5698)
A  BAUA1031001U
California Institution for Women
P.O. Box 8100
Corona, CA 92878-8100

**Tracking/Log #:**   CIW HC 17028754
**Appeal Level:**   First
**Due Date:**   5/11/2017

This acts as a notice to you that your appeal has been assigned to the Health Care Appeals Office for response. If you have any questions, please contact the Health Care Appeals Coordinator at your institution.

If you require further medical assistance, please use the "sick call" process by completing a Health Care Services Request form, CDC 7362, to request an appointment with a clinician to address your concerns.

**PLEASE NOTE:**  Notebook paper is not accepted as a continuation page or added documents, and will not be used in processing this appeal.

Blackwood, L.
Health Care Appeals Office
California Institution for Women

**NOT PROCESSED**

To: Health Care Appeals Office
ATTN: L. Blackwood.

I recieved your rejection of 3-13-17 HC appeals.

You forgot to include the form 22 Recept along with your rejection.

I am attaching this breif letter just to inform you that legal actions have already been taken. Not only with a private atty but with Prison Law San Quintin & the Medical state board, MSB of complaints & a U.S. court Judge has been notified.

The Horrific treatment I recieved here & the deciet of the procedure are inacceptable. I was mutalated, neglected & put through more physical pain + suffering then any person should have to endure. I have suffered physically, mentally & emotionally. Also, I will need to have cosmetic surgury to fix the horrific things done to my body by Dr. Lee. This Must STOP!

Sincerly
J. Dauphinee
3/20/17

NOT PROCESSED

To whom it may concern:
(Department: Health Care Appeals, officer: L. Blackwood)
I have already taken Legal action on this matter. It is obvious that negligence among many other factors apply to this Malepractice suit.

Neither I nor my ATTY, agree with your "rejection" findings.

The mutalation will prove facts in itself. Along with the negligence. The Medical complaint Dept. The Medical Board of California. & A US Court Judge will determine the path of action & the ruling of the matter.

Thank you
Sincerely

3/16/17

 

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

### Health Care Appeal Assignment Notice
### First Level HC Appeal

**Date:**   3/10/2017

**To:**   DAUGHERTY, JULIE (WF5698)
A  BAUA1046001LP
California Institution for Women
P.O. Box 8100
Corona, CA 92878-8100

**Tracking/Log #:**   CIW HC 17028749
**Appeal Level:**   First
**Due Date:**   4/21/2017

This acts as a notice to you that your appeal has been assigned to the Health Care Appeals Office for response. If you have any questions, please contact the Health Care Appeals Coordinator at your institution.

If you require further medical assistance, please use the "sick call" process by completing a Health Care Services Request form, CDC 7362, to request an appointment with a clinician to address your concerns.

Blackwood, L.
Health Care Appeals Office
California Institution for Women

 

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

**Date:**  3/13/2017                                        REJECTION NOTICE

**To:**     DAUGHERTY, JULIE (WF5698)
            A  BAUA1046001LP
            California Institution for Women
            P.O. Box 8100
            Corona, CA 92878-8100

**Tracking/Log #:**      CIW HC 17028754

It has been determined your appeal submitted does not comply with appeal procedures established in the
California Code of Regulations (CCR) Title 15, Article 8, and is being rejected and returned to you for the
following reason(s):

**Excessive Filings:** CCR, Title 15, Section 3084.6(b)(3) states, "**The inmate or parolee has exceeded the
allowable number of appeals filed in a 14 calendar day period** pursuant to the provisions of subsection
3084.1(f)."

**PLEASE NOTE:**  Your previous appeal was submitted 03/01/2017.

For your appeal to qualify for processing, you are advised to take the necessary corrective action provided in this
notice and resubmit the appeal within 30 calendar days.

Blackwood, L.
Health Care Appeals Office
California Institution for Women

Rejection Note: Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the
timeframes, 30 calendar days, as specified in CCR 3084.6(a) and CCR 3084.8(b).

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE  DAUGHERTY, WF5698                    Date: March 29, 2017
Current Housing:  A  BAUA1031001U

From:  INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER:  CIW-A-17-00410

ASSIGNED STAFF REVIEWER:  AWADA
APPEAL ISSUE:  ADA
DUE DATE:  04/28/2017

Inmate DAUGHERTY, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response.  If you have any questions, contact the above staff member. If dissatisfied, you have 30 days from the receipt of the response to forward your appeal for SECOND level review.

☐   J. Spoerer, Correctional Counselor II
☒   S. Watts, AGPA
☐   J. Bystrom, Correctional Counselor II
Appeals Coordinator
CIW

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION

PATIENT/INMATE HEALTH CARE APPEAL

CDCR 602 HC (REV. 04/11)                                                                                     Side 1

| STAFF USE ONLY | | | | Institution: | Log #: | Category: |
|---|---|---|---|---|---|---|
| Emergency Appeal | ☐ Yes | | ☐ No | | | |
| Signature: | | Date: | | | *FOR STAFF USE ONLY* | |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY.

Name (Last, First): DAUGHERTY Julie          CDC Number: WF5698    Unit/Cell Number: W.lson-A.802    Assignment:

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
Negligence, botched surgury (Biopsy)

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): I was given A biopsy That resulted in 9 stitches. I was not what I consented to as it was explained to me. I was given no antibiodics afterwards which resulted in a serious Pus infections. It took 7 days to relieve of meds.

B. Action requested (If you need more space, use Section B of the CDCR 602-A): Dr. Lee should be held liable for his "MALE PRACTICE". I personally am intend to sue and report his actions To the MEDICAL STATE BOARD License should be Revoked.

☑ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

I have Co-Pay          Daily journal of all medical
I have Medical printouts     Dates, procedures, Ect.

☐ No, I have not attached any supporting documents. Reason :_____

Patient/Inmate Signature: _____          Date Submitted: 3/1/17

☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only          Staff – Check One: Is CDCR 602-A Attached? ☐ Yes   ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction) :     Date: _____  Date: _____  Date: _____  Date: _____

☐ Cancelled (See attached letter):          Date: _____

☐ Accepted at the First Level of Review

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____  Interview Location: _____

Your appeal issue is:     ☐ Granted   ☐ Granted in part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____  Title: _____  Signature: _____  Date completed: _____
          (Print Name)

Reviewer: _____  Title: _____  Signature: _____
          (Print Name)

| Date received by HCAC: _____ | HCAC Use Only |
| | Date mailed/delivered to appellant: ___/___/___ |

Daugherty
WF5698

BA 462

The attached CDCR 22 form was created for institutional issues, not clinical services issues. Your issue has been reviewed to ensure this is not an urgent/emergent issue and is returned to you.

Please use forms already in place to address your clinical concerns as follows:

- GA 22, Inmate Request for Interview form to request interview
- CDC 7362, Health Care Services Request form for your medical, mental health, and dental needs.
- CDCR 602HC for clinical appeals

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| DAUGHERTY | Julie | WF 5698 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| WA-2L | | HOURS FROM_____ TO_____ | DIRECTOR OF MEDICAL |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I WAS "OPERATED" on by DR. Lee. IT WAS SAID TO BE A biopsy which ended in 9 stitches, A horrible pus & blood infection, due The FACT he issued out No Antibiotics (In which I even ask for after The (mutilation) patch up job he did. He sent me my results on 3/3/17 back dated to 2/22/17. I will not allow That person to "treat" me again.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO:_____    DATE MAILED: ___/___/___

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| Jones K | 3-4-17 | K Jo | YES |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON   BY US MAIL |
|---|---|---|
| Medical Director | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME)          (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| DOUGHERTY   Julie | WF5698 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| BA-31-UP | | | |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I RECIEVED MY PAPERS back from you (NOTEBOOK). AND, you SAID MY APPEAL WAS AT THE FIRST PHASE. HOWEVER IT WAS ALREADY REJECTED AND RETURNED TO ME. I SENT IT BACK FOR PHASE 2. YOU SENT ME BACK THE ATTACHED PAPERS. No Mid. 602 & SAID (MISTAKINGLY) THAT IT WAS AT PHASE 1. I HAVE (COPIES P14) I WAS ADVISED TO ASK FOR MY ORIGINAL BLACK...

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO:_____ DATE MAILED: ___/___/___

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| C. TANG | 4/3/17 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| BLACKWOOD-HCO | 4/3/17 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

BLACKWOOD KEPT the 602 STAMPED REJECTED. SENT BACK only ATTACHED PAPERS.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

March 7th 2017.

To Whom it may concern:

On or about. February 18th, Julie Daughtry came to me in pain, and in tears. She was frantic and shaken badly due to a procedure Dr. Lee had performed. A Simply biopsy turned into a horrible botch job which I witnessed post surgery. She was terribly infected with puss oozing from the stitches. I was shocked to see a chunk of her flesh missing(actually cut out.) At this point it was very clear to me, that this was much more than a biopsy. It was a mutilation.
This needs to stop. It is inhumane and illegal. No woman should ever have to suffer like this.

Sincerly

Mylonna Rawlinson

Mylonna Rawlinson
WF56263

*Note: This document states that*
*No Antibotic was prescribed. After a*
*surgery*
*(A biopsy ending)*
*(in 9 stitches +)*
*(A very seriouly)*
*infected wound).*
*Left untreated from*
*2/17/17 to 2/25/17*

**California Correctional Health Care Services**

**Patient Discharge Instructions**

**Name:** DAUGHERTY, JULIE ANN     **Current Date:** 2/17/2017 11:36:12 AM

**DOB:** 1/13/1965     **CDCR:** WF5698

**Reason For Visit:** 1:Vulvar lesion; Asthma; Chronic obstructive pulmonary disease (COPD); HCV (hepatitis C virus); S/p biopsy; Squamous cell carcinoma

**Recommendations and arrangements for future care**

**Devices/Equipment:**

Provider Comment:

**Medications**

During the course of your visit, your medication list was updated with the most current information.

   **ibuprofen** 600 mg, Oral, Tab, TID-KOP, PRN pain, Administration Type KOP, Order Duration: 30 day, First Dose: 02/17/17 14:00:00 PST, Stop Date: 03/19/17 13:59:00 PDT

   **Lexapro** 10 mg, Oral, Tab, Daily@12, Administration Type DOT, Automatic Refill, Order Duration: 90 day, First Dose: 02/06/17 12:00:00 PST, Stop Date: 05/07/17 11:59:00 PDT

   **Xopenex HFA 45 mcg/inh inhalation aerosol** 90 mcg = 2 puff, Oral, Aerosol, QID-KOP, PRN shortness of breath or wheezing, Administration Type KOP, Order Duration: 365 day, First Dose: 02/16/17 11:19:00 PST, Stop Date: 02/16/18 11:18:00 PST

Take only the medications listed above. Contact your doctor prior to taking any medications not on this list.

DAUGHERTY, JULIE ANN has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

**7362 RN Initial Visit (Asymptomatic)** 02/17/17 12:40:00 PST, 170.71.227.74.20170202071819353273B4CD4#1.00, need glasses, 02/21/17 23:59:00 PST

**Gynecology Consult** 03/02/17 9:00:00 PST, suture removal vulvar, 03/02/17 23:59:00 PST, CIW A BAUA1

3/01/17 I REFUSED DR. LEC NOT MEDICAL PROCEDURE.

**Gynecology Consult** 02/16/17 0:01:00 PST, review vulvar biopsy and wound check, 03/16/17 23:59:00 PDT, CIW A P BAUA1

↑ This is The DAY DR. LEC DID The 2ND Biopsy "Sunguket Mutilation

**Medical Chronic Care (CCP) Follow Up 40** 12/05/16 0:01:00 PST, 06/03/17 23:59:00 PDT, ccp in 6 months

**PCP Follow Up 40** 12/05/16 11:09:00 PST, PCP Requested, 09/28/19 23:59:00 PDT, Screening PAP in 3 years from 9/28/2016.

## Chronos

**128-D Dental Priority Classification** 12/07/16 7:55:00 PST, DPC 3

**DPW**= Full Time Wheelchair User Impacting Placement Placement

**DPO**= Intermittent Wheelchair User Impacting

**DPM**=Mobility Impairment Impacting Placement Placement

**DLT**=Requires Level Terrain NOT Impacting

**DPH**=Deaf/Hearing Impairment Impacting Placement Placement

**DNH**=Hearing Impairment NOT Impacting

**DPV**=Blind/Vision Impairment Impacting Placement

**BFWCO**=Barrier Free Wheelchair

**GFLS**= Ground Floor-Limited Stairs

**GFNS**=Ground Floor-No Stairs

**LBO**= Lower/Bottom Bunk Only

**IAA**=Inmate Attendant/Assistant

**WCFT**=Full Time Wheelchair User

**WCLT**=Limited Wheelchair User

**TVWL**=Transport Vehicle with Lift

**SC**=Special Cuffing Needed,

**ETM**=Extra Time for Meals

**UVX**=UV Exposure Restrictions

**WRN**=No Rooftop Work

**DKD**=Kidney Disease

**UNST**=Unrestricted



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

03/23/2017

# RELEASE DATE CHANGE NOTICE

| INMATE NAME: | DAUGHERTY, JULIE ANN | CDC #: | WF5698 |
|---|---|---|---|
| FACILITY: | CIW-Facility A | HOUSING: | A BAUA1 - 031001U |

| ASSIGNED CASE RECORDS ANALYST: | REASON FOR RELEASE DATE CHANGE: |
|---|---|
| S. Fleming | CDCR Credits Received/Lost changed |
| ASSIGNED CORRECTIONAL COUNSELOR: | |
| L. Neff | |

| CONTROLLING RELEASE DATE | | TYPE OF DATE |
|---|---|---|
| BEFORE: | 08/30/2017 | EPRD |
| AFTER: | 05/31/2017 | EPRD |

*(handwritten note: ← NEW RELEASE DATE)*

| | | CDCR CREDITS RECEIVED/LOST | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ENTRY DATE | EFFECTIVE DATE | TYPE | WORK GROUP | DURATION (DAYS) | RECD/LOST DAYS | REASON | STATUS | QUALIFIER |
| 03/23/2017 | 12/01/2016 | Work Group Change (done by Cls.) | F-Conservation Camp | 112 | | Classification Action | Applied | |
| 03/23/2017 | 09/13/2016 | Work Group Change (done by Cls.) | U-Unclassified | 79 | | Classification Action | Applied | |
| 12/08/2016 | 12/08/2016 | Work Group Change (Generated by IAO) | A1-Full Time Assignment | 0 | | Inmate Assignment | Void | |
| 12/01/2016 | 12/01/2016 | Work Group Change (done by Cls.) | A2-Waiting List for Assignment | 7 | | Classification Action | Void | |
| 12/01/2016 | 09/13/2016 | Work Group Change (done by Cls.) | U-Unclassified | 79 | | Classification Action | Void | |

*(handwritten calculations in lower portion of page)*

INMATE COPY



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

03/23/2017

# RELEASE DATE CHANGE NOTICE

| INMATE NAME: DAUGHERTY, JULIE ANN | CDC #: WF5698 |
|---|---|
| FACILITY: CIW-Facility A | HOUSING: A BAUA1 - 031001U |

| ASSIGNED CASE RECORDS ANALYST: | REASON FOR RELEASE DATE CHANGE: |
|---|---|
| S. Fleming | CDCR Credits Received/Lost changed |
| ASSIGNED CORRECTIONAL COUNSELOR: | |
| L. Neff | |

| CONTROLLING RELEASE DATE | | TYPE OF DATE |
|---|---|---|
| BEFORE: | 08/30/2017 | EPRD |
| AFTER: | 05/31/2017 | EPRD |

*NEW RELEASE DATE*

| | CDCR CREDITS RECEIVED/LOST | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ENTRY DATE | EFFECTIVE DATE | TYPE | WORK GROUP | DURATION (DAYS) | RECD/LOST DAYS | REASON | STATUS | QUALIFIER |
| 03/23/2017 | 12/01/2016 | Work Group Change (done by Cls.) | F-Conservation Camp | 112 | | Classification Action | Applied | |
| 03/23/2017 | 09/13/2016 | Work Group Change (done by Cls.) | U-Unclassified | 79 | | Classification Action | Applied | |
| 12/08/2016 | 12/08/2016 | Work Group Change (Generated by IAO) | A1-Full Time Assignment | 0 | | Inmate Assignment | Void | |
| 12/01/2016 | 12/01/2016 | Work Group Change (done by Cls.) | A2-Waiting List for Assignment | 7 | | Classification Action | Void | |
| 12/01/2016 | 09/13/2016 | Work Group Change (done by Cls.) | U-Unclassified | 79 | | Classification Action | Void | |

CDCR SOMS OTCR122
RELEASE DATE CHANGE NOTICE

03/24/2017
03:12:00

PAGE 1