NOTE
FILED
RECEIVED
APR 24 2017
CLERK, U.S. DISTRICT COURT
SUSAN Y. SOONG
NORTHERN DISTRICT OF CALIFORNIA

March 14, 2017

Northern District Court
Filed: March 16, 2017      Case # CV 17 1447

THESE PAPERS ARE TO BE ADDED TO ORIGINAL
FILES. I AM IN THE PROCESS OF GETTING ADDITIONAL RECORDS!

Report # 1805297 : The pap smear
on Sept. 28th was not done here
at CIW. I was on A-yard in
Chowchilla. I was told by the
doctor there that the wound
was a fungus. This was the
during the pap in September.
The doctor at Chowchilla
gave me some anti-fungal
cream which was working. The
wound/abrasion was sore & stung
when I urinated. It had
appeared off and on for about
4 months prior to pap.
    I did arrive at CIW
until November 17, 2016.
    At Chowchilla my pap was
ruled to be with-in the normal
margins.
    (The wound looked like an
small open sore - about this
big in size example: o , tender
to the touch, with some fluid
seepage.

Report # 180589 : The pap (again
prior pap) 9/16/2016 (in Chowchilla)
was Negative for intraepithelial
lesion or malignancy, 9/19/2016 GC,

To whom it may concern.

I have gone over my medical record.

There are so many conflicting statements, and not even the amount of sutures are correct. On 2/16/17 I was given 9 stitches. 2 came out due to infection & no prescribed antibiotics.

Nurse Marcia is the one who addressed & made sure I was given antibiotics on 2/22/17. (He's the only competent one here in my opinion). The antibiotics arrived on 2/25/17.

Dr. Taylor removed my stitches, from the 2/16/17 biopsy on 3/9/17. At which time he removed 7 stitches. I still have the 2 that came out due to a severe infection. Left untreated from 2/18/17 to 2/22/17 & antibiotics were distributed on 2/25/17.

I know for a fact that the first biopsy found no cancerous cells. The document was not brought to my

attention until I read it a the Riverside hospital on 4/13/17. There I read 3 seperate pathology report. The first by a different pathologist.

There are alot of descrempences in these medical files / accounts.

May we please hold this case on file until I am released on May 31st 2017. At which time, I would like to proceed with filed case. Please reply w/ a # number & address that I may reach you at at that time. Then we may proceed!

Thank you

April 16th 2017

Case # CV 17 1447

Circuit Court File: Case: P-DAUGHERY D-LEE

Filed March 16 2017

STATE OF CALIFORNIA
**INMATE/PAROLEE GROUP APPEAL**
CDCR 602-G (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page No. _____ of _____

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |

FOR STAFF USE ONLY

This is a group appeal signature attachment sheet. Attach it to your group CDCR 602. You are to legibly print your name, number, assignment and housing, then sign and date the form. By signing, you are agreeing to the issue and action requested; and you acknowledge that this appeal counts towards the allowable number of appeals in the period in which it is filed.

**PRIMARY APPELLANT**   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Assignment: | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| JAMES, Shelly | WF5088 | SAP | EB-514U | Shelly N. James | 2-22-17 |

A. Summarize the specific issue that you are appealing as identified in the attached CDCR 602. In our interactions with Dr. Lee we have the below problems. In our interactions & observations of Dr. Lee I've observed too many discrepencies, and as a result I am no longer comfortable continuing treatment under him. Why? He lied on me, to he lied on me, he insists on performing a biopsy when he messed up Inmate Daughtery, and his student cut me in the vagina w/ speculum.

B. Summarize the action requested: Don't ever send me back to Dr. Lee, and refer me somewhere else for treatment — which I WANT AND NEED — just NOT with Dr Lee. Replace him with another doctor — someone who is a HUMAN BEING, perhaps a practitioner — and female. Why is he insisting soo much on a biopsy, when all I asked was just to do an ultrasound 1st?!

NOTE:   I, the undersigned, agree that the facts presented in this appeal are true. I agree with the issue presented and I am requesting the action indicated. In the event the Primary Appellant transfers or elects to withdraw from the appeal, I understand that I may become the primary appellant for purposes of processing the group appeal.

| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| WF5898 | DAUGHERTY, Julie | Office Services | RB5 | Julie Daugherty | 2/23/17 |
| WF6059 | JACQUELYN Baker | A9 maria | BA1L | J. Parker | 2/23/17 |
| WF5477 | Bonnie Arnett | BA | B4L8/UP | BA | 2/23/17 |
| WF6364 | Kimberly Camacho | HB | 745 low | KCB | 2/27/17 |
| WF6560 | Fiona Reyezona | HB | 50L | | 2-27-17 |
| WF2401 | Selina Angel | N/A | MA 14 low | SMA | 3/3/17 |
| WF1024 | Delevan Jane | Masof | 5L | | 3-5-17 |
| X14739 | G. Fredrick | OPM OPho | | M. Fredrick | 3-8-17 |
| W82121 | Funk | OSRT-A | LA 202 LOW | | 3/13/17 |
| | | | | | |
| | | | | | |
| | | | | | |

S T A F F   U S E   O N L Y