Julie Daugherty
CIW WF 5698
16756 Chino-Corona Rd
Corona, CA. 92280

SANTA ANA
CA 926
21 APR '17
PM 6 L

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004271520        $ 00.46⁰
                  APR 21 2017
MAILED FROM ZIP CODE 92880

Office of The clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

CIW
INDIGENT INMATE

ATTN: Susan Soong
Case # CV 17 1447

94102 3432 C004

4/20/17