UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE DAUGHERTY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT LEE,<br><br>　　　　　　Defendant. | Case No. EDCV 17-972 JVS(JC)<br><br>JUDGMENT |

　　In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS ADJUDGED that this action is dismissed due to plaintiff's failure to state a claim upon which relief can be granted, her failure to comply with the July 31, 2017 Order Dismissing Complaint with Leave to Amend, and her failure diligently to prosecute.

　　IT IS SO ADJUDGED.

　　DATED: September 21, 2017

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE